UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GLENN ANTHONY FORTIER,<br><br>Debtor.<br><br>────────────────<br><br>GLENN FORTIER; and DEBRA TONER,<br><br>Plaintiffs,<br><br>v.<br><br>3139 MOUNT WHITNEY RD. TRUST DATED 06-14-2021 U.S. FINANCIAL L.P., as Trustee, et al.,<br><br>Defendants. | Case No.: 22-CV-986 TWR (AHG)<br>Bankruptcy No.: 3-22-01293-LT13<br>Adversary No.: 22-90026-LT<br><br>**ORDER (1) DISMISSING CASE AND (2) DENYING AS MOOT MOTION FOR WITHDRAWAL OF REFERENCE**<br><br>(ECF No. 1) |

On July 6, 2022, Plaintiffs Glenn Fortier and Debra Toner filed a Motion for Withdrawal of Reference from the United States Bankruptcy Court for the Southern District of California. (ECF No. 1.) The Motion seeks mandatory withdrawal or, alternatively, permissive withdrawal, of Bankruptcy Petition No. 22-01293 (the "bankruptcy petition") and Adversary Proceeding No. 22-90026 (the "adversary proceeding") pursuant to 28 U.S.C. § 157. (*See* ECF No. 1 at 1.)
/ / /

After receiving Plaintiffs' Motion, the Court issued an Order Setting Hearing and Briefing Schedule and set a Motion Hearing for November 3, 2022. (ECF No. 3.)

At any stage of a proceeding, the Court may take judicial notice of facts that are not subject to reasonable dispute. *See* Fed. R. Evid. 201(b). "A fact is 'not subject to reasonable dispute' if it is 'generally known,' or 'can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 999 (9th Cir. 2018) (quoting Fed. R. Evid. 201(b)(1)–(2)). Accordingly, a court may take judicial notice of undisputed matters of public record. *See Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

The docket indicates that the bankruptcy court remanded the adversary proceeding on July 14, 2022, *see* Order on Plaintiff's Motion to Remand Case to State Court, *3139 Mt. Whitney Rd. Tr. Dated 6/14/21 U.S. Fin. LP. v. Fortier et al.*, No. 3-22-90026 (Bankr. S.D. Cal. filed July 14, 2022), ECF No. 18, and dismissed the bankruptcy petition on September 8, 2022. *See* Order Dismissing Bankruptcy Case with One Year Bar to Filing; Coercive Sanctions Against Debtor and Debra Lynn Toner; Compensatory Sanctions Against Debra Lynn Toner, *In re Fortier*, No. 3-22-01293-LT13 (Bankr. S.D. Cal. filed Sept. 8, 2022), ECF No. 45; Order Dismissing Bankruptcy Case with One Year Bar to Filing; Coercive Sanctions Against Debtor and Debra Lynn Toner; Compensatory Sanctions Against Debra Lynn Toner, *3139 Mt. Whitney Rd. Tr. Dated 6/14/21 U.S. Fin. LP. v. Fortier et al.*, No. 3-22-90026 (Bankr. S.D. Cal. filed Sep. 8, 2022), ECF No. 39. Accordingly, there is no longer a pending case or proceeding for this Court to withdraw from the bankruptcy court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   The Court therefore **DISMISSES WITHOUT PREJUDICE** this action and **DENIES AS**
2   **MOOT** Plaintiffs' Motion for Withdrawal of Reference (ECF No. 1).  The Clerk of the
3   Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  October 25, 2022

_____
Honorable Todd W. Robinson
United States District Judge